# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher Baltezar Hernandez<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

**Dec 16, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Case No.   1:21-MJ-00137-BAM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/16/2021_____ in the county of _____Fresno_____ in the _____Eastern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition<br><br>PENALTIES<br>Up to 10 years imprisonment<br>A $250,000 fine, or both fine and imprisonment<br>Up to 2 years supervised release<br>$100 special assessment |

This criminal complaint is based on these facts:

See affidavit of FBI SA Nathan A. Blevins, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nathan A. Blevins, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by email transmission and telephone.

Date:   _____12/16/21_____

_____
*Judge's signature*

City and state:   _____Fresno, California_____     Hon. Barbara A. McAuliffe, U.S. Magistrate Judge
*Printed name and title*

1

2

3

4

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

5    UNITED STATES OF AMERICA,              CASE NO.

6                    Plaintiff,             AFFIDAVIT OF SPECIAL AGENT NATHAN
                                            BLEVINS
7              v.

8    CHRISTOPHER BALTEZAR HERNANDEZ

9                    Defendant.

10

11    I, Nathan A. Blevins, being sworn, depose and state the following:

12                          **BACKGROUND AND EXPERIENCE**

13         1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been

14    employed with the FBI since January 2019.  I have successfully completed the 20-week FBI Basic Field

15    Training Course in Quantico, Virginia.  During my time at the FBI Academy, I received training in a

16    variety of investigative and legal matters, including the topics of Fourth Amendment searches, the

17    drafting of search warrant and complaint affidavits, and probable cause.  Additionally, I received forty

18    hours of Cyber-Crime training, which included training on cellular devices.  I possess a Bachelor of

19    Science degree in Law Enforcement from Metropolitan State University.  Prior to my career with the

20    FBI, I served in the United States Marine Corps as a Military Police Officer and Accident Investigator.  I

21    was also the owner/operator of a private investigation firm that specialized in surveillance and

22    investigations of insurance fraud for 15 years.  Throughout my career, I have attended trainings and

23    worked with various law enforcement agencies to investigate and successfully close a variety of cases.

24         2.      I am currently assigned to the Federal Bureau of Investigation (FBI) Sacramento Division

25    – Fresno Resident Agency, as a member of the Violent Crime Squad and the Safe Streets Task Force.  In

26    that capacity, I investigate violations of the United States Code as defined in Title 18 and Title 21,

27    United States Code, and Title 28, of the Federal Code of Regulations.

28         3.      Since approximately May of 2020, I have had a collateral duty assignment with the

COMPLAINT AFFIDAVIT                                  1

1  Merced Area Gang and Narcotics Enforcement Team (MAGNET) where I have received additional

2  training and experience in surveillance, drafting and executing search warrants, and conducting

3  investigations related to gang and narcotics crimes.  Throughout my career I have investigated violent

4  crimes such as assaults, shootings, robberies, kidnappings, home-invasion robberies, homicides, and

5  drug-trafficking operations.  As part of these investigations, my duties consisted of the documentation

6  and control of crime scenes, identifying and documenting related evidence, identifying involved parties,

7  and obtaining detailed statements from victims, witnesses, and suspects involved in the above-

8  mentioned crimes. I have also attended trainings and conducted investigations relating to violent crimes,

9  firearms, controlled substances, and other areas of law enforcement.

10         4.     I have personally participated in the investigation set forth below.  I am familiar with the

11  facts and circumstances of the investigation through my personal participation; from discussions with

12  other agents of the FBI and other law enforcement officers; and from my review of records and reports

13  relating to the investigation.  I have also spoken with numerous other experienced federal and state

14  investigators who are familiar with this investigation.

15         5.     Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the

16  information was provided by another agent, law enforcement officer or witness who may have had either

17  direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I

18  have read and reviewed.  Such statements are among many statements made by others and are stated in

19  substance and in part unless otherwise indicated.  Since this affidavit is being submitted for the limited

20  purpose of filing a complaint for the below-mentioned criminal offenses, I have not included details of

21  every aspect of the investigation.  Facts not set forth herein are not being relied on in supporting

22  probable cause for the search warrant.  Nor do I request that this Court rely on any facts not set forth

23  herein in reviewing this application.

24         6.     Title 18, United States Code, Section 922(g)(1) prohibits any person, who has previously

25  been convicted of an offense punishable by imprisonment for more than one year, from possessing a

26  firearm or ammunition that has traveled in interstate or foreign commerce.

27         7.     This affidavit is in support of a complaint charging Christopher Baltezar HERNANDEZ

28  with a violation of Title 18, United States Code, Section 922(g)(1), felon in possession of ammunition

COMPLAINT AFFIDAVIT

2

1   that has traveled in interstate or foreign commerce. The information set forth in this affidavit is not

2   intended to detail each and every fact and circumstance of the investigation or all the information known

3   to me and other law enforcement investigators. Rather, this affidavit serves only to establish probable

4   cause for the arrest of HERNANDEZ.

5   **PROBABLE CAUSE**

6          8.       On December 14, 2021, the Honorable U.S. Magistrate Judge Barbara A. McAuliffe

7   authorized a search warrant for the residence located at 147 S. Barton Avenue, Fresno, CA 93702.  The

8   search warrant was for evidence related to the December 3, 2021, homicide of four U.S. Citizens and

9   one Mexican citizen that occurred in Tijuana, Mexico.  One of the suspects of the quintuple homicide

10  was HERNANDEZ, and recent surveillance had placed HERNANDEZ at the 147 S. Barton address on

11  multiple occasions.

12         9.       On December 16, 2021, at approximately 6:00 a.m., Agents and Task Force Officers of

13  the FBI and other assisting agencies executed a search warrant of the residence located at 147 S. Barton

14  Avenue, Fresno, CA.  During the execution of the search warrant, SWAT agents conducted a "surround

15  and callout" of the residence to safely clear the residence of occupants and make it safe to be entered

16  and searched by other Agents.  During the process of clearing the residence, Special Agent John Ogden

17  was operating a drone affixed with a video camera which he deployed inside the residence and could

18  monitor the video feed from a hand-held monitor.  Special Agent Ogden, along with Special Agent

19  Daniel Rodriguez, observed HERNANDEZ exit a bedroom located at the far end of a hallway inside the

20  house via the remote drone monitor.  Upon making entry into the residence, Agents located what

21  appeared to be an automatic rifle and belt-fed ammunition sitting on a shelf inside of the bedroom from

22  which HERNANDEZ had been observed exiting.

23         10.      After the house was cleared of all occupants, Agents at the scene conducted an interview

24  of a female, referred to hereinafter as "Identified Female 1" or "IF1."  IF1 acknowledged that she is the

25  wife of HERNANDEZ and stated that she and HERNANDEZ were the only people who occupied the

26  bedroom from which HERNANDEZ had been observed exiting.  IF1 also stated that the firearm(s) and

27  ammunition located inside the bedroom belonged to HERNANDEZ.

28         11.      While SWAT Agents were still clearing the residence located at 147 S. Barton Avenue,

COMPLAINT AFFIDAVIT

3

the occupants of the residence were temporarily detained outside of the house.  During that time

HERNANDEZ asked FBI Task Force Officer (TFO) Robert Clayton what was going on.  TFO Clayton

informed HERNANDEZ that the FBI was executing a search warrant of the residence.  In response to

that comment, HERNANDEZ stated that he had airsoft guns in his room located at the end of the hall

(further corroborating his control of the bedroom in question) and that he wanted to inform Agents that

they were not real so they would not be taken or destroyed.

12.     Upon closer examination of the rifle located within HERNANDEZ's bedroom, it was

confirmed that it was indeed an "airsoft" or replica firearm.  The rifle had a drum-style magazine

attached.  Inside the magazine, agents located two rounds of .223 caliber ammunition. Special Agent

Eric Penman, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), who has specialized

training in the manufacturing and origin of firearms and ammunition, physically inspected the

ammunition.  Based on his inspection, Special Agent Penman advised that the two rounds of .223 caliber

ammunition met the statutory definition of ammunition as defined by 18 U.S.C. § 921(a)(17), and was

not manufactured in California and thus travelled in interstate commerce.

13.     I reviewed HERNANDEZ's criminal record and confirmed HERNANDEZ was a

convicted felon and was prohibited from possessing firearms and/or ammunition.  On January 24, 2019,

HERNANDEZ was convicted of failing to appear after pretrial release in violation of 18 U.S.C. §

3146(a)(1), a felony.  HERNANDEZ was sentenced to 12 months imprisonment and advised in his plea

agreement that the charge to which he was pleading guilty was punishable by imprisonment for a term

exceeding one year, and a maximum of ten years imprisonment.

### CONCLUSION

14.     The above facts set forth probable cause to believe that Christopher Baltezar

HERNANDEZ is in violation of Title 18, United States Code, Section 922(g)(1), Felon in Possession of

Ammunition that has traveled in interstate or foreign commerce.  I request that an arrest warrant be

issued for Christopher Baltezar HERNANDEZ for this violation.

Nathan A. Blevins
Special Agent, Federal Bureau of Investigation

COMPLAINT AFFIDAVIT

4

1

2 Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1, 4(d), and 41(d)(3) this 16th day of December, 2021.

3

4 BARBARA A. MCAULIFFE
United States Magistrate Judge

5

6 Reviewed as to form.

7  /s/  Antonio J. Pataca
ANTONIO J. PATACA
8 Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT AFFIDAVIT                                    5